Official Form 416A (12/15)

Form 416A. CAPTION (FULL)

United States Bankruptcy Court

_____ District Of _____

FILED USBC CLRK PHX
2018 FEB 15 PM 1:57

In re  Shauntelly Castro Gonzales
[Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.]

**Debtor**

Address  2017 W. Tonto St.
Phx AZ 85009

Last four digits of Social-Security or Individual Tax- Payer-Identification (ITIN) No(s)., (if any):  8872

Case No.  17-12947

Chapter  7

Employer's Tax Identification No(s). (if any): _____

✱ Motion to reinstate bk please.

Shaunyta [signature]